# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF NORTH CAROLINA

Donnette Dawn Thomas

    v.                                                              Case Number: 1:19CV00820

Equifax Information Services, LLC

# **NOTICE**

**Take notice** that a proceeding in this case has been set/reset as indicated below:

        **PLACE:**    **U.S. Courthouse, 251 N. Main St.**
                                  **Winston-Salem, NC 27101**
**COURTROOM NO.:**    **3**
**DATE AND TIME:**    **September 8, 2021 at 10:00 am**
    **PROCEEDING:**    **Settlement Conference**

           **NOTE:**    **Counsel should bring to the settlement conference a person who possesses settlement authority**

**In preparation for the Settlement Conference** in this case, each party is directed to prepare for the Court a document not exceeding three typewritten pages which sets out (1) the perceived strength of that party's claims and/or defenses and (2) the perceived shortcomings of the opposing party's claims and/or defenses. That document shall be served on the opposing party and received in the Clerk's Office via email to kimberly_garrett@ncmd.uscourts.gov for Judge Peake's review no later than **September 1, 2021.** All of the individual parties and representative with full settlement authority must appear with counsel at the settlement conference on **September 8, 2021**

---

John S. Brubaker, Clerk

By: /s/ Kimberly Garrett, Deputy Clerk

Date:   August 18, 2021

TO:     ALL COUNSEL AND/OR PARTIES OF RECORD